IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS,<br>Plaintiff,<br>v.<br>CHARLES R.B. KIRK, ET AL.,<br>Defendants. | Case No. 2:26-cv-02885-JAM-SCR<br><br>**ORDER (ECF No. 8)** |

Good cause appearing, Defendant Hartman's unopposed Request for an order authorizing redaction (ECF No. 8) is **GRANTED**. The Court finds that Defendant Hartman demonstrated good cause to seal Plaintiff's proof of service of summons (ECF No. 5).

The Clerk of the Court is **DIRECTED** to **SEAL** the proof of service of summons regarding Defendant Hartman and maintain the defendant's original filing under seal.

Plaintiff is **ORDERED** to file the version of the proof of service of summons with Defendant Hartman's home address redacted.

Dated: September 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE