Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Jonathan Gershon (SBN 306979)
*jgershon@larsonllp.com*
Janelle Sampana (SBN 336398)
*jsampana@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Plaintiff LARRY ROBERTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY ROBERTS,

Plaintiff,

vs.

CHARLES R.B. KIRK, and THOMAS HARTMAN,

Defendants.

Case No. 2:26-cv-02885-JAM-SCR

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' RESPONSE TO COMPLAINT AND PARTIES' JOINT FED. R. CIV. P. 26(f) STATUS REPORT DEADLINES**

Judge: Hon. John. A. Mendez

Trial Date: Not Set

Plaintiff Larry Roberts ("Plaintiff") and Defendants Charles R.B. Kirk and Thomas Hartman ("Defendants") hereby stipulate as follows:

**WHEREAS**, on August 25, 2026, Plaintiff filed a Complaint against Defendants alleging violations of his civil rights pursuant to 42 U.S.C. § 1983, including fabrication of evidence; withholding exculpatory/impeachment evidence; malicious prosecution; and conspiracy. Dkt. 1.

**WHEREAS**, on August 30, 2026, Defendant Thomas Hartman was served with the complaint. Dkt. 5, 11.

**WHEREAS**, on September 1, 2026, Defendant Charles R.B. Kirk was served with the complaint. Dkt. 6.

**WHEREAS**, on September 18, 2026, Defendants filed Unopposed Motions for Extension of Time to File Responsive Pleadings. Dkt. 9, 12.

**WHEREAS**, on September 22, 2026, the Court granted Defendants' Unopposed Motions for Extensions of Time. Dkt. 13–14. The Court's Order extended Defendants' deadline to file a response from September 21, 2026, to November 20, 2026. *Id.*

**WHEREAS**, on October 29, 2026, the parties filed a Joint Stipulation to Extend Deadlines to File Joint Fed. R. Civ. P. 26(f) Report. Dkt. 15.

**WHEREAS**, on November 5, 2026, the Court granted the parties' Joint Stipulation to Extend Deadlines to File Joint Fed. R. Civ. P. 26(f) Report. Dkt. 16. The Court's Order extended the parties' deadline to file a Joint Fed. R. Civ. P. 26(f) Report from October 29, 2026, to December 28, 2026. *Id.*

**WHEREAS**, on November 17, 2026, Defendants informed Plaintiff that Defendants need an additional sixty (60) days to retrieve archived documents and prepare a response to Plaintiff's Complaint. Plaintiff does not oppose Defendants' request for additional time. Moreover, because Defendants are still in the process of retrieving archived documents, the parties agreed to extend their deadline to meet, confer, prepare, and submit a joint Rule 26(f) status report by sixty (60) days.

**WHEREAS**, the parties conferred and agreed that there is good cause to extend Defendants' deadline to file a response to Plaintiff's Complaint by sixty (60) days and from

November 20, 2026, to January 19, 2027.

**WHEREAS**, the parties conferred and agreed that there is good cause to extend the parties' deadline to meet, confer, prepare, and submit their joint Rule 26(f) status report by sixty (60) days and from December 28, 2026, to February 26, 2027.

**WHEREAS**, good cause exists to extend Defendants' responsive pleading deadline and the parties' deadlines to meet, confer, prepare, and submit a joint Rule 26(f) status report. A continuance would afford the parties sufficient time to prepare responsive pleadings, review the record, and coordinate discovery. *See Adams v. Dahl*, 2021 WL 5112668, at *1 (E.D. Cal. Nov. 3, 2021) ("Rule 6(b), governing extensions of time, must be 'liberally construed to effectuate the general purpose of seeing that cases are tried on the merits.'") (quoting *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1255 (9th Cir. 2010)). Because the case is at its early stages, a brief continuance will not impact judicial proceedings. *See Huynh v. Allstate Northbrook Indemnity Co.*, 2024 WL 1660250, at *2 (E.D. Cal. Apr. 17, 2024) (finding good cause to extend case deadline "given the early stages of [the] case. . .will not impact the judicial proceedings.") Moreover, neither party would be prejudiced by an extension. *Ahanchian,* 624 F.3d at 1259 ("[R]equests for extensions of time made before the applicable deadline has passed should normally. . .be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.") (internal quotation omitted).

Dated: November 19, 2026

Respectfully submitted,

LARSON LLP

By: */s/ Stephen G. Larson*
Stephen G. Larson
Jonathan Gershon
Janelle Sampana
Attorneys for Plaintiff LARRY ROBERTS

Dated: November 19, 2026

ROB BONTA
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General
JANESSA B. CHUN
Deputy Attorney General

By: */s/ Janessa B. Chun (as authorized on 11/19/26)*
Janessa B. Chun
Deputy Attorney General
Attorneys for Defendant CHARLES R.B. KIRK

Dated: November 19, 2026

ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
KYLE A. LEWIS
Supervising Deputy Attorney General
NAMRATA KOTWANI
Deputy Attorney General
JIAYE ZHOU
Deputy Attorney General

By: */s/ Namrata Kotwani (as authorized on 11/19/26)*
Namrata Kotwani
Deputy Attorney General
Attorneys for Defendant THOMAS HARTMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES R.B. KIRK, THOMAS HARTMAN,<br><br>Defendants. | Case No. 2:26-cv-02885-JAM-SCR<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' RESPONSE TO COMPLAINT AND PARTIES' JOINT FED. R. CIV. P. 26(f) STATUS REPORT DEADLINES** |

Based on the stipulation of the parties, Defendants are **ORDERED** to file a response to Plaintiff's Complaint by **January 19, 2027**.

The parties are also **ORDERED** to file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, to include the parties' proposed schedule for discovery, motions, trial, and estimate of trial time, no later than **February 26, 2027.**

Dated: November 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE